UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON DANIEL LOPEZ,<br><br>               Petitioner,<br><br>         v.<br><br>FRANCISCO J. QUINTANA,<br>Warden,<br><br>               Respondent. | ) Case No. CV 10-9905 JVS(JC)<br>)<br>)<br>)<br>)<br>)<br>) ORDER ADOPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), petitioner's untimely Reply to Government's Response in Opposition which the Court construes to be petitioner's objections to the Report and Recommendation ("Objections"), and Respondent's Response to Report and Recommendation of United States Magistrate Judge and Petitioner's Reply ("Response"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts

1

the findings, conclusions, and recommendations of the United States Magistrate
Judge and overrules the Objections for the reasons argued in the Response.

IT IS ORDERED that Judgment be entered denying the Petition and
dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
the United States Magistrate Judge's Report and Recommendation, and the
Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: April 29, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE