UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIMON DANIEL LOPEZ, | ) | Case No. CV 10-9905 JVS(JC) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| FRANCISCO J. QUINTANA, Warden, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed with prejudice.

DATED: April 29, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE